STILLEY & ASSOC. v. EASTERN ENGINEERING

No. 142P89.

Case below: 93 N.C. App. 166.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 June 1989.

TIMBERLYNE ASSOCIATES v.
  AETNA CASUALTY & SURETY

No. 98P89.

Case below: 92 N.C. App. 597.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 June 1989.